FILED
August 15, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>LUIS BRAVO SANCHEZ ALBERTO,<br><br>      Defendant. | Case No. 2:16-MJ-00151-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS BRAVO SANCHEZ ALBERTO , Case No.  2:16-MJ-00151-AC  , Charge  21USC § 846, 841(a)(10)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 100,000.00

        ✔   Unsecured Appearance Bond - any amount not secured by the brother and sister's home.

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   Pretrial conditions as stated on the record.

**The defendant is ordered released to the pretrial services officer.**

Issued at  Sacramento, CA  on  August 15, 2016  at  9:48 am  .

By  /s/ Edmund F. Brennan/s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

Copy 2 - Court